1  BARRY E. HINKLE, Bar No. 071223
   LINDA BALDWIN JONES, Bar No. 178922
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiffs
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 ROSEMARY MUCKLOW; PHIL SALGADO,     ) No.     C-06-3644 (JSW)
   in their capacities as Trustees of the )
11 NORTHERN CALIFORNIA UFCW            ) **PLAINTIFFS' CASE MANAGEMENT**
   WHOLESALE HEALTH & WELFARE          ) **STATEMENT AND REQUEST FOR**
12 FUND,                                ) **CONTINUANCE OF CASE**
                                        ) **MANAGEMENT CONFERENCE;**
13              Plaintiffs,             ) **[PROPOSED] ORDER** AS MODIFIED
                                        )
14       v.                             ) Date:   October 5, 2006
                                        ) Time:   9:30 a.m.
15 MODESTO TALLOW COMPANY, a            ) Judge:  Honorable Jeffrey S. White
   California Corporation,              ) Ctrm:   2, 17th Floor
16                                      )
                Defendant.              )
17 _____)

18       Plaintiffs Rosemary Mucklow and Phil Salgado, in their capacities as Trustees of the

19 Northern California UFCW Wholesale Health and Welfare Fund, hereby request that the Court

20 continue the October 5, 2006 Case Management Conference for at least 120 days and vacate the

21 related deadlines.

22       1.      Pursuant to the Court's Order Setting Initial Case Management Conference and

23 ADR Deadlines, a Case Management Conference in this action is set for October 5, 2006 at 9:30

24 a.m. Other case management deadlines precede and are set in relation to the Case Management

25 Conference.

26       2.      Defendant Modesto Tallow Company, a California Corporation, was timely served

27 with the complaint on July 19, 2006, but failed to answer the complaint. A true and correct copy of

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Case Management Statement and Request for Continuance of Case Management Conference [Proposed] Order
(Case No. C-06-3644 (JSW))

1  the Proof of Service has been filed with the Court.

2      3.    Plaintiffs filed a Request for Entry of Default on August 15, 2006, and the Court
3  entered that default against Defendant on August 23, 2006.

4      4.    Plaintiffs plan on filing a Motion for Default Judgment on or before December 31,
5  2006 and will be scheduling a hearing date with the Court for said Motion.

6  Therefore, Plaintiffs request that the Court continue the Case Management Conference for
7  at least 120 days and vacate the related deadlines.

8  Dated: September 22, 2006

                                      WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation

                                By:   /s/ Linda Baldwin Jones
                                      LINDA BALDWIN JONES
                                      Attorneys for Plaintiffs

### [PROPOSED] ORDER

Based upon the foregoing, the Court orders that:

1. The Case Management Conference date of October 5, 2006 and related deadlines be vacated; and

2. The Case Management Conference be continued ~~for at least 120 days~~ to ___January 12___, 2007~~.~~ at 1:30 p.m.

Dated: September 27, 2006                     /s/ Jeffrey S. White
                                                      HONORABLE JEFFREY S. WHITE
                                                      JUDGE OF THE DISTRICT COURT

112378/434405

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001