**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY MUCKLOW,

    Plaintiff,

  v.

MODESTO TALLOW COMPANY,

    Defendant.

No. C 06-03644 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiffs Rosemary Mucklow and Phil Salgado in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for March 23, 2007 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: January 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom