UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUCKLOW, et al., | )<br>) |
| Plaintiff(s), | ) No. C06-3644 JSW (BZ)<br>) |
| v. | ) **SCHEDULING ORDER**<br>) |
| MODESTO TALLOW CO., | )<br>) |
| Defendant(s). | )<br>) |

**IT IS HEREBY ORDERED** that pursuant to the court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion for default judgment will be held on **Wednesday, February 21, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of Civil Procedure Before Trial by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the

1

1  validity or amount of plaintiffs' claim.  Seven days before
2  the hearing, on **Wednesday, February 14, 2005**, plaintiffs must
3  file a declaration setting forth in detail all steps taken to
4  serve defendant with notice of this hearing.  If defendant
5  actually received notice of this hearing, plaintiffs should
6  provide the Court with proof of service.
7  Dated:  January 9, 2007

                                */s/ Bernard Zimmerman*
                                Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-REFS\DEFAULTS\MUCKLOW V. MODESTO TALLOW\SCHEDULING.ORDER.wpd