| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | CHELSEA D. MUNDAY (SBN 217746) |
| 2 | 2029 Century Park East, Suite 2400 |
| | Los Angeles, California 90067-3012 |
| 3 | Telephone:  310-229-1000 |
| | Facsimile:   310-229-1001 |
| 4 | |
| 5 | STEPHANIE K. OSTEEN (Texas Bar No. 24002713)(applying for pro hac vice) |
| | 1700 Pacific Ave., Suite 4100 |
| | Dallas, Texas 75201 |
| 6 | Telephone:  214-969-2800 |
| | Facsimile:   214-969-4343 |
| 7 | |
| 8 | Attorneys for Defendant Modesto Tallow Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND, | Case No. C-06-3644 (JSW) |
| Plaintiffs, | (~~Proposed~~) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | Date: February 16, 2007 |
| MODESTO TALLOW COMPANY, a California Corporation, | Time: 9:00 a.m. |
| | Judge: Honorable Jeffrey S. White |
| | Courtroom: 2, 17th Floor |
| Defendant. | |

Stephanie K. Osteen, an active member in good standing of the bar of Texas whose business address and telephone number is Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201; (214) 969-4225, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Modesto Tallow Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel

6036970                                    1

1  designed in the application will constitute notice to the party.  All future filings in this
2  action are subject to the requirements contained in General Order No. 45, *Electronic*
3  *Case Filing.*

4

5  Dated: FEB 1 4 2007                    _____
6                                          United States ~~Magistrate~~ Judge

6036970                                    2