```
 1  BARRY E. HINKLE, Bar No. 071223
    LINDA BALDWIN JONES, Bar No. 178922
 2  KRISTINA M. ZINNEN, Bar No. 245346
    WEINBERG, ROGER & ROSENFELD
 3  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
 4  Alameda, California 94501-1091
    Telephone 510.337.1001
 5  Fax 510.337.1023

 6  Attorneys for Plaintiffs

 7  CHELSEA D. MUNDAY (SBN 217746)
    AKIN GUMP STRAUSS HAUER & FELD, LLP
 8  2029 Century Park East, Suite 2400
    Los Angeles, California 90067-3012
 9  Telephone 310.229.1000
    Fax 310.229.1001
10
    STEPHANIE K. OSTEEN, (Texas Bar No. 24002713) (applying for pro hac vice)
11  AKIN GUMP STRAUSS HAUER & FELD, LLP
    1700 Pacific Avenue, Suite 4100
12  Dallas, TX 75201
    Telephone 214.969-2800
13  Fax 214.969.4343

14  Attorneys for Defendant Modesto
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO TALLOW COMPANY, a California Corporation,<br><br>Defendant. | No. C-06-3644 (JSW) (BZ)<br><br>STIPULATION AND [PROPOSED] ORDER VACATING DEFENDANT'S MOTION FOR CONTINUANCE AND CONTINUING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

    Plaintiffs and Defendant, through their respective counsel, hereby stipulate and request that the Court vacate the hearing date for Defendant's Motion for a Continuance and continue the hearing date on Plaintiffs' Motion for Default Judgment.

1. On December 29, 2006, Plaintiffs filed and served their Notice of Motion and Motion for Default Judgment along with their supporting declarations and attachments thereto. Plaintiffs' Motion was noticed for March 23, 2007 at 1:30 p.m. in Courtroom 2 before the Honorable Jeffrey S. White, United States District Court Judge.

2. On January 3, 2007, the Court issued an Order referring Plaintiffs' Motion for Default Judgment hearing to a Magistrate Judge and vacated the March 23, 2007 hearing date.

3. On January 9, 2007, the Court issued a Scheduling Order which changed the hearing date for Plaintiffs' Motion for Default Judgment to February 21, 2007 at 10:00 a.m. in Courtroom G before the Honorable Bernard Zimmerman, United States Magistrate Judge. On February 7, 2007, Plaintiffs realized that they had inadvertently failed to provide notice to Defendant of the change in the hearing date. Upon said discovery, Plaintiffs immediately served Defendant with the Court's Scheduling Order.

4. On February 7, 2007, Defendant filed a Notice of Appearance and Brief in Opposition to Plaintiffs' Motion for Default Judgment and Motion for Continuance. In said Motion for Continuance, Defendant is seeking a continuance of the hearing on Plaintiffs' Motion for Default Judgment because Defendant did not discover that the hearing date had been changed until February 6, 2007 and therefore needs additional time to prepare for the default judgment hearing.

5. Other than the hearing date change by the Court, there have been no other time modifications in this case.

6. The requested continuance of the hearing date for Plaintiffs' Motion for Default Judgment will have no adverse effect on the schedule for the case.

7. Having met and conferred, counsel for the parties are available on March 21, 2007.

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation

- 2 -
Stipulation and [Proposed] Order Vacating Defendant's Motion for a Continuance and Continuing Hearing on Plaintiffs' Motion for Default Judgment (Case No C-06-3644 (JSW))

Therefore, Plaintiffs and Defendant, through their respective counsel, stipulate and agree as follows:

1. To vacate the hearing for Defendant's Motion for a Continuance noticed for February 16, 2007.

2. To continue the hearing on Plaintiffs' Motion for Default Judgment to March 21, 2007 at 10:00 a.m. in Courtroom G before the Honorable Bernard Zimmerman, United States Magistrate Judge.

Dated: February 13, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: *[signature]*
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: February 13, 2007

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: *[signature]*
Stephanie K. Osteen
Attorneys for Defendant

[PROPOSED] ORDER

Pursuant to Stipulation, it is so ordered.

Dated: February 14, 2007

*[signature]*
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

112378/448519