1  BARRY E. HINKLE, Bar No. 071223
   LINDA BALDWIN JONES, Bar No. 178922
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ROSEMARY MUCKLOW; PHIL SALGADO, ) No.   C-06-3644 (JSW) (BZ)
   in their capacities as Trustees of the        )
12 NORTHERN CALIFORNIA UFCW                      ) **ERRATA TO DECLARATION OF**
   WHOLESALE HEALTH & WELFARE                    ) **RACHELLE HISLOP IN SUPPORT OF**
13 FUND,                                         ) **PLAINTIFFS' MOTION FOR ENTRY**
                                                 ) **OF DEFAULT JUDGMENT AND**
14                Plaintiffs,                    ) **[PROPOSED] ORDER**
                                                 )
15        v.                                     )
                                                 )
16 MODESTO TALLOW COMPANY, a                     ) Date:  March 21, 2007
   California Corporation,                       ) Time:  10:00 a.m.
17                                               ) Judge: Honorable Bernard Zimmerman
                  Defendant.                     ) Courtroom: G, 15th Floor
18                                               )

19

20      Plaintiffs hereby submit the following Errata to Declaration of Rachelle Hislop in Support

21 of Plaintiffs' Motion for Entry of Default Judgment filed with the above-entitled court on

22 December 29, 2006:

23      In preparing their Supplemental Reply Brief filed March 2, 2007, Plaintiffs discovered that

24 two pages of e-mails were inadvertently attached to the end of the Employer Delinquency &

25 Payroll Audit Procedures, Exhibit D to the Declaration of Rachelle Hislop. (Exh. D to Hislop

26 Decl., Docket No. 13-5, pp. 10-11.) These e-mails should not have been included with the exhibit

27 as they are not a part of the Employer Delinquency & Payroll Audit Procedures and have no

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  bearing on this case.  Therefore, Plaintiffs respectfully request the Court to remove pages 10 and
2  11 from Exhibit D to the Declaration of Rachelle Hislop and the Court's record, and order
3  Defendant to do the same.
4  Dated:  March 6, 2007

                                           WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation

                                           By:   /s/ Kristina M. Zinnen
                                                  KRISTINA M. ZINNEN
                                                  Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Based upon the foregoing, ~~it is so ordered.~~ and no opposition having been received, IT IS SO ORDERED.

Dated:  _March 13, 2007_____         _____
                                             THE HONORABLE BERNARD ZIMMERMAN
                                             UNITED STATES

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Bernard Zimmerman]*

112378/450617

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Declaration of Rachelle Hislop in Support of Plaintiffs' Motion for Default Judgment
(Case No. C-06-3644 (JSW))

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 7, 2007, I served upon the following parties in this action:

| | |
|---|---|
| Chelsea D. Munday<br>Akin, Gump, Strauss, Hauer & Feld LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | Stephanie K. Osteen<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201 |
| Modesto Tallow Corporation<br>4221 Mariposa Road<br>Stockton, CA 95205 | |

copies of the document(s) described as:

**ERRATA TO DECLARATION OF RACHELLE HISLOP IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAUT JUDGMENT AND [PROPOSED] ORDER**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on March 7, 2007.

_____/s/_____
JILALA H. FOLEY

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001