1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ROSEMARY MUCKLOW,

10          Plaintiff,                          No. C 06-03644 JSW

11      v.

12   MODESTO TALLOW COMPANY,              **ORDER REFERRING MATTER
                                          TO MAGISTRATE JUDGE FOR
13          Defendant.                    ALL PURPOSES**
                                    /

14

15          Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16   matter is HEREBY REFERRED to a Magistrate Judge for all further proceedings.

17

18          **IT IS SO ORDERED.**

19

20   Dated: March 22, 2007                    _____
                                              JEFFREY S. WHITE
21                                            UNITED STATES DISTRICT JUDGE

22

23   cc:    Intake

24

25

26

27

28

United States District Court
For the Northern District of California