BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO TALLOW COMPANY, a California Corporation,<br><br>Defendant. | No.   C-06-3644 (BZ)<br><br>**PLAINTIFFS' REQUEST TO DISMISS THE ACTION AND VACATE THE CONDITIONAL STIPULATION FOR JUDGMENT WITH PREJUDICE; [PROPOSED] JUDGMENT** |

Pursuant to the Conditional Stipulation for Judgment, which was signed by the Court on March 27, 2007, the Conditional Stipulation for Judgment is deemed paid in full as Defendant Modesto Tallow Company has satisfied the terms and conditions therein. As such, Plaintiffs hereby submit this Dismissal with Prejudice pursuant to the Conditional Stipulation for Judgment and hereby request that the Court file and enter a Dismissal with Prejudice and vacate the Conditional Stipulation for Judgment.

Dated:  November 19, 2007

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:   /s/ Linda Baldwin Jones
            LINDA BALDWIN JONES
            Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Request to Dismiss the Action and Vacate Conditional Stipulation for Judgment (Case No. C-06-3644 (BZ))

1

**[PROPOSED] ORDER**

The above-entitled action is dismissed with prejudice and the Conditional Stipulation for Judgment is vacated.

Date: November 19, 2007

_____
The Honorable Bernard Zimmerman

112378/465672



WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Request to Dismiss the Action and Vacate Conditional Stipulation for Judgment (Case No. C-06-3644 (BZ))